**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

WILLIAM PLUMMER,                )
     Plaintiff,        )
           )  **C.A. No. 25-143 Erie**
           )
    v.        )  **District Judge Susan Paradise Baxter**
           )  **Chief Magistrate Judge Richard Lanzillo**
RYAN SZELEWSKI,        )
     Defendant.        )

## MEMORANDUM ORDER

Plaintiff William Plummer, an inmate incarcerated at the State Correctional Institution at Albion, Pennsylvania, commenced this action by filing a motion to proceed *in forma pauperis* ("*ifp* motion") [ECF No. 1], along with an attached *pro se* civil rights complaint against Defendant Ryan Szelewski, a Hearing Examiner at SCI-Albion. The action was referred to Chief United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Plaintiff's ifp motion was granted by Order dated October 24, 2025 [ECF No. 6], at which time Plaintiff's original complaint was docketed [ECF No. 9]. After Defendant filed a motion to dismiss the complaint [ECF No. 15], Plaintiff filed an amended complaint on May 26, 2026 [ECF No. 29], which is the operative pleading in this case.

In general, Plaintiff alleges that he was transferred from SCI-Coal Township to SCI-Albion on or about July 13, 2023, in retaliation for his filing of grievances and civil actions against staff at SCI-Coal Township, in violation of his First Amendment rights; however, he

acknowledges that Defendant had nothing to do with the transfer or any grievances related to the transfer. (ECF No. 30, at p. 1). The amended complaint then alleges that Plaintiff received a "false and fabricated misconduct from staff at SCI-Coal Township," and that Defendant found him guilty of the misconduct and sanctioned him to 60 days' loss of visitation privileges. (Id. at p. 2). Plaintiff alleges that Defendant told him that he was directed by "higher up prison officials at SCI Coal Twp" to "find [Plaintiff] guilty of [the misconduct] for [Plaintiff's] litigious behavior." (Id. at pp. 2-3). Plaintiff further alleges that Defendant was part of a conspiracy to damage him economically "in an attempt to keep [him] from having money on his account to pay for legal copies and legal mail postage." (Id. a p. 3).

Based on the foregoing, Plaintiff asserts a Fourteenth Amendment procedural due process claim, a Fourteenth Amendment equal protection claim, an unspecified First Amendment claim and a civil conspiracy claim.

On June 4, 2026, Chief Magistrate Judge Lanzillo issued a report and recommendation ("R&R") recommending that all of Plaintiff's claims be dismissed as legally frivolous in accordance with 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b), based upon Plaintiff's failure to state claims upon which relief may be granted. [ECF No. 31]. Nonetheless, Judge Lanzillo recommended that the dismissal of such claims be without prejudice to Plaintiff's right to have one final opportunity to file an amended complaint to cure the deficiencies of his claims, as noted in the R&R. Timely objections to the R&R were due to be filed by June 22, 2026; however, no objections have been received by the Court.

Thus, after *de novo* review of the complaint, together with the report and recommendation, the following order is entered:

AND NOW, this 7th day of July, 2026;

IT IS HEREBY ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued June 4, 2026 [ECF No. 31], is adopted as the opinion of the Court, and all of Plaintiff's claims are DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and 1915A(b); however, such dismissal is without prejudice to Plaintiff's right to have one final opportunity to file an amended complaint to cure the deficiencies of his claims, as noted in the R&R, within 30 days of the date of this Order. In the event Plaintiff fails to file an appropriate amended complaint within such time, the dismissal of Plaintiff's claims will be converted to a dismissal with prejudice, without further notice of the Court.

SUSAN PARADISE BAXTER
United States District Judge

cc:     The Honorable Richard A. Lanzillo
        Chief U.S. Magistrate Judge

        all parties of record